NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**FLYPSI, INC., DBA FLYP,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

———————————

2025-1010, 2025-1011, 2025-1012, 2025-1020, 2025-1030

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2023-00357, IPR2023-00358, IPR2023-00359, IPR2023-00360, IPR2023-00361.

———————————

**JUDGMENT**

———————————

BENJAMIN S. RICHARDS, Winston & Strawn LLP, Washington, DC, argued for appellant.  Also represented by EIMERIC REIG-PLESSIS, San Francisco, CA.

DANIEL ZEILBERGER, Paul Hastings LLP, Washington, DC, argued for appellee.  Also represented by NAVEEN MODI, JOSEPH PALYS, MICHAEL WOLFE.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2026
Date

Jarrett B. Perlow
Clerk of Court